UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MATTHEW REED,

            Plaintiff,

v.

DONNA BYRNES, *et al.*,

            Defendants.

NO: 13-CV-0081-JPH

ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING ACTION WITHOUT PREJUDICE

    Magistrate Judge Hutton filed a Report and Recommendation on July 8, 2013, recommending Plaintiff's Motion to Voluntarily Dismiss pursuant to Rule 41(a), Federal Rules of Civil Procedure, be granted (ECF No. 13). There being no objections, the Court **ADOPTS** the Report and Recommendation. The Motion to Voluntarily Dismiss (ECF No. 11) is **GRANTED** and this action is **DISMISSED WITHOUT PREJUDICE.**

    Although granted the opportunity to do so, Plaintiff did not file a separate Motion and Affidavit to waive the remaining balance of the filing fee as directed.

ORDER DISMISSING ACTION -- 1

Therefore, Plaintiff will still be obliged to pay the full filing fee for this action pursuant to 28 U.S.C. § 1915(b).

**IT IS SO ORDERED**.  The District Court Executive is directed to enter this Order, enter judgment of dismissal without prejudice, forward a copy to Plaintiff and close the file.

**DATED** July 25, 2013.



THOMAS O. RICE
United States District Judge

ORDER DISMISSING ACTION -- 2